IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES MONTGOMERY                                          PLAINTIFF

v.                         No. 3:15-cv-157-DPM

TRUMANN SCHOOL DISTRICT and
MYRA GRAHAM, Individually and in
her official capacity                                     DEFENDANTS

JUDGMENT

Montgomery's Arkansas Freedom of Information Act and Arkansas Age Discrimination Act claims are dismissed without prejudice. All his other claims are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 December 2016